IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR19-0 4073 LTS · KEM |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) Count 1 |
| CHRISTOPHER RAY WHITE, | ) 18 U.S.C. § 2422(b): Enticement of a Minor |
| Defendant. | ) |

The Grand Jury charges:

## Count 1
### Enticement of a Minor

Between in or about June 22, 2018 and June 27, 2018, in the Northern District of Iowa and elsewhere, the defendant, CHRISTOPHER RAY WHITE, using a facility and means of interstate and foreign commerce, knowingly persuaded, induced, and enticed, and attempted to persuade, induce, and entice, a minor under the age of 18 to engage in sexual activity for which a person could be charged with a criminal offense, that is, production of child pornography.

This was in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

S/
Grand Jury Foreperson     9-18-19
                          Date

PETER E. DEEGAN, JR.
United States Attorney

By: *Mikala Steenholdt*

MIKALA M. STEENHOLDT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

SEP 19 2019

And filed
ROBERT L. PHELPS, CLERK