IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR19-4073-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER RAY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

**I.    WITNESSES:**

The government does not intend to call any witnesses.

**II.    EXHIBITS:**

The government does not intend to present any exhibits.

**III.    CONTESTED GUIDELINE ISSUES:**

The government does not anticipate a contested hearing on any of the guideline calculations.

**IV.    CONCLUSION:**

The government respectfully recommends that the Court follow the recommendations set forth in the Presentence Investigation Report in deciding a just and reasonable sentence for the defendant.

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Mikala M. Steenholdt*

MIKALA M. STEENHOLDT
Assistant United States Attorney
600 Fourth Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Mikala.Steenholdt@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 5, 2020.

UNITED STATES ATTORNEY

BY:___s/__Jean Wordekemper_____

COPIES TO: Timothy Herschberger

2