# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER RAY WHITE, Defendant. | **HEARING MINUTES** Sealed: No |
|---|---|
| | Case No.: 19-cr-4073-LTS-KEM |
| | Presiding Judge: Leonard T. Strand |
| | Deputy Clerk: Joseph Malanson |
| | Official Court Record: Shelly Semmler   Contract? No |
| | Contact Information: Shelly_Semmler@iand.uscourts.gov |

| Date: | 8/12/2020 | Start: | 3:29PM | Adjourn: | 4:14PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | | Time in Chambers: | n/a | | Telephonic? No |
| Appearances: | Plaintiff(s): | AUSA Mikala Steenholdt | | | | | | |
| | Defendant(s): | AFPD Tim Herschberger (defendant present) | | | | | | |
| | U.S. Probation: | PO Nathan VanderMolen | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Defendant pleaded GUILTY to count(s): | Count 1 of Indictment (Doc. No. 1) | | | | |
| | Defendant is | X | Detained | | Released | pending sentencing. |
| | **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement), not yet filed, received. | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| | **Miscellaneous:** | Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights. Plea is voluntary. Court finds defendant guilty based on his plea of guilty. | | | | |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | | | | Ruling: | |
| | Motions to vary/depart: | Government's Motion for Third Level Reduction | | | Ruling: | Granted. |
| | | Motion for Downward Variance (Doc. No. 39 Under Seal) | | | | Granted. |
| | Count(s) dismissed: | n/a | | | | |
| | Sentence (See J & C): | 126 months imprisonment BOP. | | | | |
| | Fine: | None | | | Special assessment: | $100 |
| | Supervised Release: | PSR special conditions imposed (except 74, 75, 76). 5 year term supervised release. | | | | |
| | Court's recommendations (if any): | FCI Oakdale, FCI Polack. Sex offender management program. | | | | |
| | Defendant is | X | Detained | | Released | and shall report |
| | **Witness/Exhibit List is** | Defendant's Exhibits A (Doc. No. 39-2 Under Seal), B (Doc. No. 39-3 Under Seal) and C (Doc. No. 39-4 Under Seal), D (Doc. No. 44-1) and E (Doc. No. 44-2). Received. | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | |
| | **Miscellaneous:** | Court does not impose the JVTA assessment. | | | | |